| | | |
|---|---|---|
| STATE v. MALACHI<br>No. 13-45 | Mecklenburg<br>(11CRS252097) | No Error |
| STATE v. ROBY<br>No. 13-61 | Rowan<br>(07CRS56055) | No Error |
| STATE v. WEISS<br>No. 12-1566 | Catawba<br>(11CRS8038) | No Error |
| STATE v. WILLIAMS<br>No. 13-193 | Cumberland<br>(09CRS64038) | No Error |
| STATE v. WILSON<br>No. 13-70 | Person<br>(09CRS51021-23)<br>(12CRS64) | No Error |
| STATE v. BIVENS<br>No. 12-1462 | Union<br>(08CRS52528-29)<br>(08CRS7494) | No error in part;<br>vacated and<br>remanded in part |
| STATE v. CATES<br>No. 12-1055 | Durham<br>(11CRS1848-49) | No Error |
| STATE v. EVANS<br>No. 12-1423 | Wake<br>(11CRS202639) | No Error |
| STATE v. HARRIS<br>No. 12-1532 | Guilford<br>(11CRS93955)<br>(12CRS24011-12) | No Error |
| STATE v. HELMS<br>No. 12-1436 | Hoke<br>(10CRS50554-56)<br>(10CRS50557-58)<br>(10CRS50559-62)<br>(10CRS50565)<br>(10CRS50566)<br>(10CRS50567)<br>(10CRS50568)<br>(10CRS50569)<br>(10CRS50571-72)<br>(10CRS50603)<br>(10CRS50613)<br>(10CRS50614-15)<br>(10CRS50616-20)<br>(10CRS934)<br>(10CRS937-39)<br>(10CRS941-42) | Reversed in part;<br>Vacated in part;<br>Remanded for<br>resentencing |